FILED — ENTERED
LODGED — RECEIVED

SEP 1 2 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                      DEPUTY

07-CV-00024-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ARMIN AGUSTIN CUBIAS, | ) | |
| Petitioner, | ) | CASE NO.    C07-24-MJP |
| v. | ) | |
| KAREN BRUNSON, | ) | ORDER DENYING § 2254 |
| | ) | PETITION AND DISMISSING |
| Respondent. | ) | ACTION WITH PREJUDICE |

The Court, having reviewed petitioner's federal habeas petition, respondent's answer, the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 6) is DENIED and this action is DISMISSED with prejudice.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this ___12___ day of ___Sept._____, 2007.

_Marsha J. Pechman_
MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE

This is a Patch T type separator sheet.

This is a Patch T type separator sheet.



## Portrait Feed
### *New Document Follows...*
Printed on 7/5/01 3:57:15 PM
Copyright ©Kofax Image Products 1994-1999



## Landscape Feed
### *New Document Follows...*
Printed on 7/5/01 3:57:16 PM
Copyright ©Kofax Image Products 1994-1999